IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 13-06800(BKT) |
|---|---|
| ALEXIS GONZALEZ ORTIZ<br>TANIA RIVERA MARQUEZ<br>DEBTORS | CHAPTER 13 |

MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel, and most respectfully **STATES** and **PRAYS:**

1. Instant petition was filed on August 21, 2013.

2. On December 3, 2013, appearing party filed a secured proof of claim which is incorporated by reference.

3. As of the filing of the Bankruptcy petition, debtors were 12 payments of $387.00 in arrears with respect to the mentioned note. Total pre-petition arrears $6,631.74. See Proof of Claim for statement of account.

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

4. Debtors are now 3 payments in arrears with respect to the mentioned note. Total arrears $1,136.88 plus $250.00 for legal cost. Enclosed as Exhibit "A" Account Statement.

5. Failure to make post-petition payments constitute cause for dismissal under 11 U.S.C. 1307(4).

6. Additionally, debtors plan is insufficiently funded to cure pre petition arrears under claim #3.

7. Dismissal of instant petition is beneficial to creditors and parties in interest.

8. Enclosed Statement under Service Members Act for debtors.

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Within **THIRTY (30) DAYS** after service as evidence by the certification, and an additional **THREE (3) DAYS** pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and that instant matter be dismissed, for the benefit of Movant awarding $250.00 in cost, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY** that copy of this Notice was sent via first class mail to all creditors and parties in interest, as per enclosed master address list.

In San Juan, Puerto Rico, this 27th day of June, 2014.

> WVS LAW LLC
> 17 Mexico St., Suite D-1
> San Juan, PR 00917-2202
> Tel: 787-756-5730
> Fax: 787-764-0340
> Email: wvslawllc@gmail.com
>
> By: *S/ Wallace Vazquez Sanabria*
> Wallace Vazquez Sanabria-125101

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

## STATEMENT OF ACCOUNT

| | | | | | |
|---|---|---|---|---|---|
| **DEBTOR:** | ALEXIS GONZALEZ-ORTIZ | | | **BPPR NUM:** | 071010017414650 |
| **BANKRUPTCY NUM:** | 13-06800 BKT | | | **FILING DATE:** | 08/21/13 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | 04/01/13 | | | | 44,647.76 |
| Accrued Interest from | 03/01/13 | to | 06/30/14 | | 3,861.41 |
| Interest: 6.500% | Accrued num. of days: 479 | | Per Diem: 8.061401 | | |

Monthly payment to escrow

| | | | | | |
|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 |
| A&H | $0.00 | Life | $0.00 | | |
| Total montly escrow | | $0.00 | Months in arrears 15 | Escrow in arrears | 0.00 |
| | | | | Accrued Late Charge: | 403.12 |
| | | | | Proyected Late Charge: | |

Advances Under Loan Contract:

| | | | | | |
|---|---|---|---|---|---|
| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection $0.00 | 1,360.50 |
| Other | $1,310.50 | | | | |
| Legal Fees: | | | | | 300.00 |
| Total amount owed as of | | 06/30/14 | | | 50,572.79 |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 12 payments of | $387.00 | each one | | 4,644.00 |
| acummulated lated charges | | | | 327.24 |

Advances Under Loan Contract:

| | | | | |
|---|---|---|---|---|
| Title Search $50.00 | Tax Certificate $0.00 | Inspection $0.00 | | 1,360.50 |
| Other $1,310.50 | | | | |
| Legal Fees | | | | 300.00 |
| | | | A = TOTAL PRE-PETITION AMOUNT | 6,631.74 |

**POST-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 3 payments of | $387.00 | each one | | 1,161.00 |
| Late Charge | | | | 75.88 |
| | | | B = TOTAL POST-PETITION AMOUNT | 1,236.88 |
| | | | A + B = TOTAL AMOUNT IN ARREARS | 7,868.62 |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 04/01/13 | Interest rate | 6.500% | P & I $325.20 | Monthly late charge | $15.48 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | VERDE MAR 1061 CALLE 20 HUMACAO PR 00791 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*[signature]*

BANCO POPULAR DE PUERTO RICO

06/26/14
DATE

SACCTFHA    Liliana Castro

Department of Defense Manpower Data Center

Results as of : Jun-27-2014 09:00:21 AM

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: GONZALEZ-ORTIZ
First Name: ALEXIS
Middle Name:
Active Duty Status As Of: Jun-27-2014

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Department of Defense Manpower Data Center                          Results as of : Jun-27-2014 09:01:13 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: RIVERA-MARQUEZ
First Name: TANIA
Middle Name:
Active Duty Status As Of: Jun-27-2014

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

```
Label Matrix for local noticing      BANCO POPULAR DE PUERTO RICO        DEPARTAMENTO DE HACIENDA
0104-3                               C/O WALLACE VAZQUEZ SANABRIA        PO BOX 9024140
Case 13-06800-BKT13                  17 MEXICO STREET SUITE D 1          OFICINA 424-B
District of Puerto Rico              SAN JUAN, PR 00917-2202             SAN JUAN, PR 00902-4140
Old San Juan
Fri Jun 27 11:58:29 AST 2014

INTERNAL REVENUE SERVICE             PR DEPARTMENT OF LABOR              US TRUSTEE
CENTRALIZED INSOLVENCY OPERATIONS    PRUDENCIO RIVERA MARTINEZ BLDG      EDIFICIO OCHOA
PO BOX 7346                          505 MUNOZ RIVERA AVENUE             500 TANCA STREET SUITE 301
PHILADELPHIA, PA 19101-7346          12 FLOOR                            SAN JUAN, PR 00901-1922
                                     SAN JUAN, PR 00918

USDA RURAL DEVELOPMENT               US Bankruptcy Court District of P.R. ASSOCIATES
FORTUNO & FORTUNO FAS CSP            Jose V Toledo Fed Bldg & US Courthouse PO BOX 11917
PO BOX 9300                          300 Recinto Sur Street, Room 109    SAN JUAN, PR 00922-1917
SAN JUAN, PR 00908-0300              San Juan, PR 00901-1964


BANCO POPULAR DE PR                  BANCO POPULAR DE PR                 BANCO POPULAR DE PR
PO BOX 362708                        PO BOX 366818                       PO BOX 70100
SAN JUAN, PR  00936-2708             SAN JUAN, PR  00936-6818            SAN JUAN, PR  00936-8100


CITI CARDS                           CITIBANK                            CITIBANK CCSI
PO BOX 11917                         PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITIBANK MORTGAGE                    CITIBANK NA                         CITIBANK SOUTH DAKOTA
PO BOX 11917                         PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITIBANK USA                         CITICARDS                           CITICARDS CREDIT SERVICES
PO BOX 11917                         PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITICARDS SEARS                      CITICORP DINERS                     CITICORP FINANCE
PO BOX 11917                         PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917              SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITIFINANCIAL                        CLARO                               Capital Recovery V, LLC
PO BOX 11917                         PO BOX 70366                        c/o Recovery Management Systems Corporat
SAN JUAN, PR 00922-1917              SAN JUAN, PR  00936-8366            25 SE 2nd Avenue Suite 1120
                                                                         Miami FL 33131-1605


DORAL FINANCIAL CORPORATION          HOME DEPOT                          ISLAND FINANCE
LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC PO BOX 103108                       PO BOX 195369
PO BOX 11917                         ROSWELL, GA  30076-9108             SAN JUAN, PR  00919-5369
SAN JUAN, PR 00922-1917
```

```
LUIS G PARRILLA HERNANDEZ              LVNV FUNDING                           LVNV Funding, LLC its successors and assigns
BANCO POPULAR CENTER STE 1022          SANTANDER                              assignee of Banco Santander Puerto Rico
209 MUNOZ RIVERA AVE                   PO BOX 10497                           Resurgent Capital Services
SAN JUAN, PR 00918-1000                GREENVILLE, SC 29603-0497              PO Box 10587
                                                                              Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns   MIDLAND FUND                   PANAMERICAN/CITIBANK
assignee of Santander Financial        SANTANDER                              PO BOX 11917
Services, Inc.                         8875 AERO DR STE 200                   SAN JUAN, PR 00922-1917
Resurgent Capital Services             SAN DIEGO, CA 92123-2255
PO Box 10587
Greenville, SC 29603-0587

PORTFOLIO RECVRY                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC   SAMS
CITIBANK                               PO BOX 41067                           PO BOX 965004
120 CORPORATE BLVD STE 1               NORFOLK VA 23541-1067                  ORLANDO, FL  32896-5004
NORFOLK, VA 23502-4962



SEARS                                  TCPR - Toyota Credit de Puerto Rico    (p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 6189                            P.O. Box 366251                        PO BOX 8026
SIOUX FALLS, SD  57117-6189            San Juan, Puerto Rico 00936-6251       CEDAR RAPIDS IA 52408-8026




USDA RURAL DEV                         USDA RURAL HOUSING SERVICE             ALEXIS GONZALEZ ORTIZ
PO BOX 66889                           CENTRALIZED SERVICING CENTER           APRIL GARDENS
SAINT LOUIS, MO 63166-6889             PO BOX 66879                           J3 14 STREET
                                       ST. LOUIS, MO 63166-6879               LAS PIEDRAS, PR 00771-3418



FEDERAL LITIGATION DEPT. OF JUSTICE    JOSE RAMON CARRION MORALES             MONSITA LECAROZ ARRIBAS
PO BOX 9020192                         PO BOX 9023884                         OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-0192                SAN JUAN, PR 00902-3884                OCHOA BUILDING
                                                                              500 TANCA STREET  SUITE 301
                                                                              SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO          TANIA RIVERA MARQUEZ
PO BOX 186                             APRIL GARDENS
CAGUAS, PR 00726-0186                  J3 14 STREET
                                       LAS PIEDRAS, PR 00771-3418
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Portfolio Recovery Associates, LLC     TOYOTA MOTOR CREDIT CORP
POB 12914                              PO BOX 2730
Norfolk, VA 23541                      TORRANCE, CA  90509-2730
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)BANCO POPULAR DE PUERTO RICO<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | (d)LVNV FUNDING LLC<br>SANTANDER<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 | End of Label Matrix<br>Mailable recipients  49<br>Bypassed recipients   2<br>Total                51 |