IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ALEXIS GONZALEZ ORTIZ

TANIA RIVERA MARQUEZ

DEBTOR(S)

CASE NO: 13-06800 (BKT)

CHAPTER: 13

USDA RURAL DEVELOPMENT

MOVANT

VS.

ALEXIS GONZALEZ ORTIZ

TANIA RIVERA MARQUEZ

JOSE R. CARRION MORALES, TRUSTEE

RESPONDENTS

Index ____

Lift of Automatic Stay for Cause under

11 USC §362 (d) (1)

## STIPULATION

TO THE HONORABLE COURT:

Comes now Debtor(s), ALEXIS GONZALEZ ORTIZ and TANIA RIVERA MARQUEZ, and secured creditor USDA RURAL DEVELOPMENT, through their undersigned counsels and hereby stipulate:

1. On June 5, 2015 movant filed a Motion for Relief of the Automatic Stay under 11 USC §362 based on Debtor's failure to comply with the terms of the confirmed payment plan.

2. Debtors replied to the Motion for Relief from Stay.

3. As of June 25, 2015 debtor's post petition delinquency totals $3,228.79.

4. The parties agree that debtor will cover the post petition delinquency of $3,228.79 that has become due in full, on or before July 31, 2015. The debtors also agree to continue with regular post petition payments directly to creditor USDA RURAL DEVELOPMENT starting with the month of July 2015.

5. The parties agree that if the debtors do not cover the post petition delinquency of $3,228.79 in full on or before July 31, 2015, the stay will be automatically lifted without the need of further order, notice, or hearing.

6. The parties also agree that if debtor(s) were to incur in arrears at any other time again in the future, the stay will be automatically lifted without the need of further order, notice, or hearing.

7. The parties agree that the terms and conditions of this stipulation supersede any future amended payment plan.

8. In the event of default by debtor(s) in any of the clauses specified herein-above, the parties consent that the stay be automatically lifted in favor of USDA RURAL DEVELOPMENT without the need of any further order, notice, or hearing.

9. The parties herein execute this agreement pursuant to Rule 4001 of the Bankruptcy Rules and any objection thereto may be filed within 21 days of the filing of this motion. If no objection is filed within said specified period of time, the Court may enter an order without the need for a further hearing granting this agreement.

10. Counsel for debtor authorizes counsel for creditor to file this stipulation.

WHEREFORE, movant respectfully requests from this Honorable Court that this Court be informed of the above detailed stipulation.

NOTICE IS HEREBY GIVEN THAT IF NO WRITTEN REPLY OR OPPOSITION IS FILED AND SERVED WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE HEREOF, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT HEREIN.

SO STIPULATED,
In Guaynabo, Puerto Rico, this 25th day of June 2015.

CERTIFICATE OF SERVICE

I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Jose R. Carrion Morales (newecfmail@ch13-pr.com), and debtor's attorney Roberto Figueroa-Carrasquillo (cmecf@rfclawpr.com). I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: To Alexis Gonzalez Ortiz and Tania Rivera Marquez, at April Gardens, J-3 14 Street, Las Piedras PR 00771.

/s/ Juan Carlos Fortuño Fas
Attorney for Creditor
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 13786
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
E-mail: bkfilings@fortuno-law.com

/s/ Roberto Figueroa-Carrasquillo
Attorney for Debtor
ROBERTO FIGUEROA-CARRASQUILLO
USDC PR 203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL. (787)744-7699
FAX: (787)746-5294
E-mail: cmecf@rfclawpr.com